## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                          Case No. 14-45012

    SHIRLEY D MARTIN

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/18/2014.

2)  The plan was confirmed on 03/30/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/08/2015, 10/04/2016, 08/08/2017.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was converted on 01/22/2018.

6)  Number of months from filing to last payment: 36.

7)  Number of months case was pending: 38.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,140.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$9,140.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,206.03 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $410.79 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,616.82** |

Attorney fees paid and disclosed by debtor:   $58.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AUTOMOTIVE CREDIT CORP | Secured | 3,908.00 | 5,681.40 | 3,908.33 | 1,719.30 | 371.72 |
| AUTOMOTIVE CREDIT CORP | Unsecured | NA | NA | 1,773.07 | 0.00 | 0.00 |
| CAPITAL SOLUTION INVESTMENTS | Unsecured | NA | 450.00 | 450.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 227.00 | 227.71 | 227.71 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 850.00 | 1,152.10 | 1,152.10 | 0.00 | 0.00 |
| Comcast | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | 2,259.94 | 2,259.94 | 0.00 | 0.00 |
| CONSUMER CELLULAR | Unsecured | 215.00 | 227.19 | 227.19 | 0.00 | 0.00 |
| Enterprise RENT A Car-Chi 15GG | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Figi S Companies Inc | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 2,200.00 | 2,138.79 | 2,138.79 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 77.00 | 269.75 | 269.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 15.87 | 15.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,936.55 | 3,117.34 | 3,117.34 | 0.00 | 0.00 |
| LOAN EXPRESS | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MTI | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| NORWEGIAN AMERICAN HOSPITAL | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHI | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,259.00 | 648.90 | 648.90 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,260.99 | 1,260.99 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 5,921.59 | NA | 7,259.24 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 10,350.00 | 17,609.24 | 10,350.00 | 2,320.77 | 1,111.39 |
| SAGE TELECOM | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 540.44 | 540.44 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,059.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WEBBANK/FINGERHUT | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN EMERGENCY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,258.33 | $4,040.07 | $1,483.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,258.33** | **$4,040.07** | **$1,483.11** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,117.34 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,117.34** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$18,223.99** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,616.82 |
| Disbursements to Creditors | $5,523.18 |
| | |
| **TOTAL DISBURSEMENTS** : | **$9,140.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/23/2018                                          By: /s/ Tom Vaughn

                                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**